UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Stipulated Dismissal, dkt. 13. JPH, 7/16/2019 Distribution via ECF.

| | |
|---|---|
| LHP Software, LLC<br>    d/b/a LHP Engineering,<br><br>            Plaintiff,<br><br>        v.<br><br>L. Francis Cissna, Director, United States Citizenship and Immigration Services,<br><br>            Defendant. | C/A No.: 1:19-cv-1547-JPH-DLP |

## STIPULATED DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby voluntarily dismisses this case. Likewise, the parties stipulate to dismissal. The parties further agree to bear their own costs and attorneys' fees for this case.

July 16, 2019                                           Respectfully submitted,

| | |
|---|---|
| s/ Rachana N. Fischer<br>Assistant United States Attorney<br>Office of the United States Attorney<br>Southern District of Indiana<br>10 West Market Street, Suite 2100<br>Indianapolis, IN 46204<br><br>Attorney for Defendant | s/Bradley B. Banias<br>BRADLEY B. BANIAS<br>Barnwell, Whaley, Patterson & Helms, LLC<br>288 Meeting Street, Suite 200<br>Charleston, South Carolina 29401<br>(P) 843.577.7700<br>(F) 843.577.7708<br>SC Bar No.: 76653<br><br>Attorney for Plaintiff |